UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20266-CIV-Moore/Garber

WANDA THOMAS,

    Plaintiff,

v.

B. JAMES NICHOLSON,
Secretary, Department of
Veterans Affairs,

    Defendant.
_____/

**ORDER NOTIFYING PARTIES OF SUMMARY JUDGMENT MOTION**

THIS CAUSE is before the Court on defendant's's Motion for Summary Judgment (DE 70), filed on June 20, 2007.

PLEASE TAKE NOTICE that this Court will begin considering the motion in twenty days. **All parties opposing the motion shall file with the Court within twenty calendar days of the date of entry of this Order: (1) a memorandum of law in opposition to the motion; (2) necessary sworn affidavits and other material in opposition to the motion; and (3) a concise statement of material facts as to which the parties contend that there exists a genuine issue to be tried.**

If the parties opposing the motion fail to submit the necessary sworn affidavits or the concise statement of material facts as to which the parties contend that there exists a genuine issue to be tried, this Court may accept all material facts set forth in the motion as true, and may grant the motion. Moreover, if the parties opposing the motion fail to file a memorandum of law within twenty days, the Court may grant the motion by

default. If the Court grants the motion by default or otherwise, final judgment may be entered against the opposing parties without a full trial.

If the parties opposing the motion do file a response, movant may file a reply thereto consistent with the Local Rules of the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of June, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies supplied to:
U.S. District Judge Moore
Counsel of record

Wanda Thomas, *pro se*
1635 N.W. 117th Street
Miami, FL 33167