UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20266-CIV-Moore/Garber

WANDA THOMAS,

    Plaintiff,

v.

MIAMI VETERANS
MEDICAL CENTER,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court on plaintiff's (1) Motion for Miscellaneous Relief [DE 19];(2) Motion for Miscellaneous Relief (Contempt) [DE 22]; (3) Motion to Amend/Correct Cover Sheet [DE 23]; and, (4) Motion for Extension of Time [DE 27].

Upon due consideration of each of the aforesaid motions, it is hereby

ORDERED as follows:

1. Motion for Miscellaneous Relief [DE 19] is DENIED; an appearance of the defendant is duly noted in the record;

2. Motion for Miscellaneous Relief (Contempt) [DE 22] is DENIED; no factual basis has been shown for granting such relief;

3. Motion to Amend/Correct Cover Sheet [DE 23] is DENIED; and,

4. Motion for Extension of Time [DE 27] is GRANTED to the extent that the defendant shall furnish plaintiff with copies of all pleadings or documents in this cause filed by the defendant. The Court is unable to determine what further relief is requested

by the plaintiff in this Motion; accordingly, the balance of the Motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of August, 2007.

*[signature: Barry L. Garber]*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE